IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MR. M. GUILLAUME WIENTJES,

    Plaintiff,

V.

    CASE NO. 2:13-cv-00763
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE ELIZABETH P. DEAVERS

DR. JESSIE L. S. AU, et al.,

    Defendant.

### ORDER

The undersigned hereby **RECUSES** himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

\_\_8-1-2013\_\_
**DATE**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**